UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **TOYO TIRE & RUBBER CO., LTD.**, a Japanese corporation, and **TOYO TIRE U.S.A. CORP.**, a California corporation,<br><br>Plaintiffs,<br><br>V.<br><br>**CIA WHEEL GROUP**, a California Corporation, **DOUBLESTAR DONG FENG TYRE CO., LTD.**, a Chinese corporation. , **QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO, LTD**, a Chinese Corporation, **and DOUBLESTAR GROUP CORP.**, a Chinese corporation.<br><br>Defendants. | Case No:  8:15-SACV-00246-JLS (DFMx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY**[Dkt. 35] |

1       Pursuant to the Stipulated Protective Order [Dkt. 35] between the parties, IT IS SO
2 ORDERED.

3
4 Dated: August 14, 2015

5                          By: _____
6                             DOUGLAS F. MCCORMICK
                            UNITED STATES MAGISTRATE JUDGE

4852-2771-9206.1