William J. Robinson (State Bar No. 83729)
email:  wrobinson@foley.com
Jean-Paul Ciardullo (State Bar No. 284170)
email:  jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:  213-972-4500
Facsimile:   213-486-0065

Attorneys for **Toyo Tire & Rubber Co., Ltd**.
and **Toyo Tire U.S.A. Corp.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **TOYO TIRE & RUBBER CO., LTD**., a Japanese corporation, and  **TOYO TIRE U.S.A. CORP.**, a California corporation,<br><br>    Plaintiffs,<br><br>    V.<br><br>**CIA WHEEL GROUP**, a California Corporation, **DOUBLESTAR DONG FENG TYRE CO., LTD**., a Chinese corporation , **QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO, LTD.**, a Chinese corporation, **DOUBLESTAR GROUP CORP.**, a Chinese corporation, **HONG KONG TRI-ACE TIRE CO., LTD**., a Chinese corporation; and **JINLIN MA**, an individual.<br><br>    Defendants. | Case No:  8:15-sacv-00246-DOC (DFMx)<br><br>**PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULTS OF HONG KONG TRI-ACE TIRE CO., LTD., AND JINLIN MA** |

1

Plaintiffs, TOYO TIRE & RUBBER CO., LTD., a Japanese corporation, and TOYO TIRE U.S.A. CORP., a California corporation, hereby request the Clerk to enter the defaults of Defendants **HONG KONG TRI-ACE TIRE CO., LTD**., a Chinese corporation, and **JINLIN MA**, an individual.  They were each served on March 28, 2016 as per the Proof of Service filed with the Court (Dkt. 110) on April 13, 2016.  The Court expressly recognized that service in its Order of April 13, 2016 (Dkt. 111), wherein the Court stated:

> On April 13, 2016, Plaintiffs filed a declaration informing the Court that Defendants Jinlin Ma ("Ma") and Hong Kong Tri-Ace Tire Co., Ltd. ("HKTA") have been served by email pursuant to the Court's March 25, 2016 Order. See Declaration of William J. Robinson ("Robinson Decl.") (Dkt. 110).

More than 21 days have now passed without Hong Kong Tri-Ace Tire Co., Ltd., or Jinlin Ma serving an answer or otherwise responding to the First Amended Complaint.

Dated:  May 25, 2016

/S/ *WILLIAM J. ROBINSON*
William J. Robinson
**FOLEY & LARDNER LLP**

**Attorneys for Toyo Tire & Rubber Co., Ltd.** and **Toyo Tire U.S.A. Corp.**

1

4823-3323-1906.2