# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYO TIRE & RUBBER CO., LTD, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CIA WHEEL GROUP, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:15−cv−00246−DOC−DFM<br><br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:


  Hong Kong Tri−Ace Tire Co., Ltd., a Chinese corporation

  Jinlin Ma, an individual




                                                                                        Clerk, U.S. District Court

 May 26, 2016                                                                 By  */s/ Lori Wagers*
Date                                                                                 Deputy Clerk