Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Christine Yang (Bar No. 102048)
Email: cyang@sjclawpc.com
**LAW OFFICES OF S. J. CHRISTINE YANG**
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708
Telephone:  (714) 641-4022
Facsimile:   (714) 641-2082

*Attorneys for Defendant/Counterclaimant/Cross-Claimant,
CIA Wheel Group*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TOYO TIRE & RUBBER CO., LTD., a Japanese corporation, and TOYO TIRE U.S.A. CORP., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>CIA WHEEL GROUP, a California Corporation, DOUBLESTAR DONG FENG TYRE CO., LTD., a Chinese corporation. , QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO, LTD, a Chinese Corporation, DOUBLESTAR GROUP CORP., a Chinese corporation, HONG KONG TRI-ACE TIRE CO., LTD, a Chinese corporation; and JINLIN MA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIM. | Case No.  SACV15-00246-DOC (DFMx)<br>Hon. David O. Carter<br><br>**NOTICE OF MOTION AND DEFENDANT CIA WHEEL GROUP'S MOTION FOR SUMMARY JUDGMENT ON TRADE DRESS CLAIM (FUNCTIONALITY AND GENERICNESS) AND 17200 CLAIM**<br><br>Date: September 12, 2016<br>Time: 8:30 a.m.<br>Crtrm:  6B |

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2016 at 8:30 a.m., or as soon thereafter as the matter may be heard before Honorable David O. Carter, in Courtroom 6B of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Defendant CIA Wheel Group ("CIA") will, and hereby does, move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure ("FRCP"). This motion for summary judgment is brought on the following grounds:

- Plaintiffs Toyo Tire & Rubber Co., Ltd. and Toyo Tire U.S.A. Corp. (collectively, "Toyo") cannot establish a genuine issue of material fact as to their alleged trade dress being nonfunctional or not generic, such that summary judgment is appropriate pursuant to FRCP 56(C)(l)(B) on the basis that the alleged trade dress is both functional and generic as a matter of law; and
- Toyo cannot make a showing sufficient to establish unfair competition in violation of § 17200 et seq. of the California Business and Professions Code such that summary judgment is appropriate pursuant to FRCP 56(C)(l)(B), all for the same reasons.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Facts & Conclusions of Law (SOUFACL), the Declaration of Peter R. Afrasiabi and accompanying exhibits, the two Patent Functionality Charts, and the pleadings and papers on file in this action, and on such other and further evidence as may properly be before this Court at the hearing on the motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place in person at the offices of One LLP, 4000 MacArthur Blvd, East Tower, Suite 500, Newport Beach, CA 92660 on July 14, 2016.

Dated: August 8, 2016  **ONE LLP**

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi
*Attorneys for Defendant,*
*CIA Wheel Group*

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**