JINSHU ZHANG (SBN 166981)
john.zhang@dentons.com
FELIX WOO (SBN 208107)
felix.woo@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

Attorneys for Defendants
DOUBLESTAR DONG FENG TYRE CO., LTD., QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO., LTD., and DOUBLESTAR GROUP CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TOYO TIRE AND RUBBER CO., LTD., a Japanese corporation, and TOYO TIRE U.S.A. CORP., a California corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CIA WHEEL GROUP, a California corporation, DOUBLESTAR DONG FENG TYRE CO., LTD., a Chinese corporation, QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO., LTD., a Chinese corporation, and DOUBLESTAR GROUP CORP., a Chinese corporation,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIM. | Case No. SA-CV 15-00246 DOC (DFMx)<br><br>**NOTICE OF JOINDER BY DEFENDANTS DOUBLESTAR DONG FENG TYRE CO., LTD., QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO., LTD., AND DOUBLESTAR GROUP CORP. TO CIA WHEEL GROUP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON TRADE DRESS CLAIM (FUNCTIONALITY AND GENERICNESS) AND 17200 CLAIM FILED ON AUGUST 8, 2016**<br><br>Date: September 12, 2016<br>Time: 8:30 a.m.<br>Crtrm: 6B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Doublestar Dong Feng Tyre Co., Ltd., Qingdao Doublestar Tire Industrial Co., Ltd., and Doublestar Group Corp. hereby join in defendant CIA Wheel Group's Notice of Motion and Motion for Summary Judgment on Trade Dress Claim (Functionality and Genericness) and 17200 Claim filed on August 8, 2016.

Dated: August 16, 2016                    DENTONS US LLP

                                          By:      */s/ Felix T. Woo*
                                                      Felix T. Woo

                                          Attorneys for Defendants
                                          DOUBLESTAR DONG FENG TYPE CO., LTD., QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO., LTD., and DOUBLESTAR GROUP CORP.

100990538

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1