1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| TOYO TIRE & RUBBER CO., LTD., a Japanese corporation, and TOYO TIRE U.S.A. CORP., a California corporation,<br><br>        Plaintiffs,<br>  v.<br><br>CIA WHEEL GROUP, a California Corporation, DOUBLESTAR DONG FENG TYRE CO., LTD., a Chinese corporation, QINGDAO DOUBLESTAR TIRE INDUSTRIAL CO, LTD, a Chinese Corporation, DOUBLESTAR GROUP CORP., a Chinese corporation, HONG KONG TRI-ACE TIRE CO., LTD, a Chinese corporation; and JINLIN MA, an individual,<br><br>        Defendants. | **Lead Case No. SACV15-00246-DOC (DFMx)**<br>Consolidated Case No. SACV16-01814-DOC (DFMx)<br><br>Hon. David O. Carter<br><br>**COURT ORDER FOR DEPOSITION OF MASAAKI OHARA AT US CONSULATE IN OSAKA, JAPAN [261]** |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS, AND CONSOLIDATED ACTION | |

**COURT ORDER FOR DEPOSITION**

TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO OSAKA, JAPAN;

Upon the application of Defendant Wheel Group Holdings, LLC ("Defendant"), and Pursuant to Article 17 of the United States – Japan Consular Convention,

You have been duly appointed and you are hereby authorized to take oral depositions at the United States Consulate in Osaka, Japan, of the following witness who will appear voluntarily:

- Masaaki Ohara, an employee of Plaintiff Toyo Tire & Rubber Co., Ltd.

It is ordered that the depositions on notice of Mr. Ohara be taken at the United States Consulate in Osaka, Japan commencing on February 22, 2017 at 9:00 a.m., and terminating on the same day by 5:00 p.m., and to mark any documentary exhibits in connection therewith.

Counsel for Defendants who will participate in said depositions are: Christopher W. Arledge for Defendant and either William Robinson or Jean-Paul Ciardullo for Plaintiffs. The proceedings will be reported by Optima Juris. Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this court with all convenient speed.

Dated: January 25, 2017

_David O. Carter_ (signature)

Hon. David O. Carter
United States District Judge
[Seal]

---

1

**COURT ORDER FOR DEPOSITION**